IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL SANTILLI, | Civil No. 3:17-cv-601 |
| Plaintiff | (Judge Mariani) |
| v. | |
| DR. STANLEY M. STANISH, PAM SMITH, CORRECT CARE SOLUTIONS, | |
| Defendants | |

## ORDER

**AND NOW**, this 12th day of February, 2018, for the reasons set forth in the Court's memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. This action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b).

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

_____
Robert D. Mariani
United States District Judge